1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  XIPING LIU,                                )
                                               )
13           Plaintiff,                        )   No. C 06-1687 MMC
                                               )
14       v.                                    )
                                               )
15  MICHAEL CHERTOFF, Secretary of the         )   **STIPULATION TO DISMISS; AND**
    Department of Homeland Security; EMILIO T. )   **[PROPOSED] ORDER**
16  GONZALEZ, Director, U.S. Citizenship and   )
    Immigration Services; DAVID N. STILL, San  )
17  Francisco District Director, U.S. Citizenship and )
    Immigration Services; ROBERT S. MUELLER,   )
18  Director of Federal Bureau of Investigation, )
                                               )
19                                             )
             Defendants.                       )
20  _____)

21       Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney

22  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23  action without prejudice in light of the fact that the United States Citizenship and Immigration

24  Services is now prepared to adjudicate plaintiff's application for naturalization and agree to

25  adjudicate such application within 30 days of the dismissal of this action.

26       Each of the parties shall bear their own costs and fees.

27  ///

28  ///

Stip. to Dismiss
C 06-1687 MMC

1 | Date: April 24, 2006                                  Respectfully submitted,

2 |                                                        KEVIN V. RYAN
  |                                                        United States Attorney

3 |

4 |

5 |                                                        _____/s/_____
  |                                                        EDWARD A. OLSEN
  |                                                        Assistant United States Attorney
6 |                                                        Attorneys for Defendants

7 |

8 |                                                        _____/s/_____
  | Date: April 24, 2006                                   JUSTIN X. WANG
9 |                                                        Attorney for Plaintiff

10 |

11 |

12 |                                        **ORDER**

13 |     Pursuant to stipulation, IT IS SO ORDERED.

14 |

15 |
   | Date:   April 24, 2006                              _____
16 |                                                     MAXINE M. CHESNEY
   |                                                     United States Magistrate Judge

Stip. to Dismiss
C 06-1687 MMC